USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**

---

**UNITED STATES OF AMERICA EX REL SONNY KAPLAN,**

        **Plaintiff,**

-against-

**NORTHERN METROPOLITAN INC ET AL,**

        **Defendants.**

**16-cv-2180 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are ordered to submit a joint status report by June 10, 2020.

**SO ORDERED.**

Dated: June 3, 2020
       New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**