UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
UNITED STATES OF AMERICA EX REL SONNY   :
KAPLAN,                                 :
                                        :
                        Plaintiff,      :        16-CV-2180
                                        :          (ALC)
        Against                         :
                                        :
NORTHERN METROPOLITAN, INC, ET AL.      :        ORDER DISMISSING
                                        :        THE CASE
                        Defendant,      :
-------------------------------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby grants the government's motion to dismiss this action pursuant to 31 U.S.C. Section 3730 (b)(1).  The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated: September 17, 2020**

**New York, New York**

                                             **/s/ Andrew L. Carter, Jr.**

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**